UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Brian Hobbs**, | ) | |
| | ) | Case No. 1:06-cv-741 |
| Plaintiff, | ) | |
| | ) | Hon. Wendell A. Miles |
| v. | ) | |
| | ) | |
| **NCO Financial Systems, Inc.**, | ) | |
| a Pennsylvania corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER OF DISMISSAL**

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with no award of costs or fees to any party.

Therefore, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE as to all parties and with no award of costs or attorney fees to any party.

**DONE AND ORDERED** this 29th day of November, 2006.

 /s/ Wendell A. Miles
_____
Wendell A. Miles
Senior, United States District Judge